## CODD *against* CODD.

On a bill for a divorce, a feigned issue to try the truth of the charge of adultery will not be awarded, unless the adultery is specifically charged, and with that degree of certainty, as to time, place, &c., as may enable the defendant to meet the fact at the trial.

BILL for a divorce, for cruel usage. It stated the particulars, and then added, that " the complainant doth charge that the said defendant hath, in numerous instances, both before and since their separation, committed adultery in this state and elsewhere."

*November* 1st.

The answer denied the charges. A replication was filed, and the cause put at issue.

*\*Burr*, for the plaintiff, moved for a feigned issue to try the charge of adultery.

[ \* 225 ]

*Baldwin*, for the defendant, objected, on the ground that the charge in the bill, as to adultery, was too vague and general.

THE CHANCELLOR. The adultery is not sufficiently specified in the bill to award an issue in pursuance of the statute, which requires that the adultery should be *set forth* in the bill, and that the feigned issue should be made up for trial of *the fact of adultery charged* by the complainant, and denied by the defendant. Here is not the least information of certainty, as to time, place, or person, and the defendant cannot know how to meet so vague an accusation.

Motion denied.

A motion was afterwards made, on the part of the plaintiff, for leave to withdraw the replication, and amend the bill, which was granted, on condition that the defendant be served with a copy of the amended bill *gratis*, and to be allowed three weeks from the service of the order, to put in a new or further answer, if the same should be deemd necessary.

